**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CAYLA TOMERLIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC a Limited Liability Company; MOTEL 6 OPERATING, L.P., a Limited Partnership; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-CV-08216 CJC (PLAx)<br><br>**~~PROPOSED~~ ORDER APPROVING STIPULATED PROTECTIVE ORDER REGARDING PROPRIETARY AND CONFIDENTIAL INFORMATION** |

1  Having considered the papers, and finding that good cause exists, the Court
2  hereby **APPROVES** the Parties' Stipulated Protective Order Regarding Proprietary
3  and Confidential Information.
4      **IT IS SO ORDERED.**

7  DATED: October 13, 2020.

*/s/ Paul L. Abrams*
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE