1  BOBBY SAADIAN, ESQ. (State Bar No.: 250377)
2  NICOL E. HAJJAR, ESQ. (State Bar No.: 303102)
   KRISTEN M. TOJO, ESQ. (State Bar No.: 301646)
3  **WILSHIRE LAW FIRM**
4  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
5  Telephone: (213) 381-9988
   Facsimile: (213) 381-9989
6
   Email: bobby@wilshirelawfirm.com; nicol@wilshirelawfirm.com;
7  kristen@wilshirelawfirm.com

8

9  Attorneys for Plaintiff CAYLA TOMERLIN

10

11                **UNITED STATES DISTRICT COURT**

12                **CENTRAL DISTRICT OF CALIFORNIA**

13

14  CAYLA TOMERLIN, an individual,        CASE NO.: 2:19-cv-08216-RGK-PLA

15                   Plaintiff,           **[PROPOSED] ORDER OF**
16  v.                                    **DISMISSAL PURSUANT TO THE**
                                          **STIPULATION OF THE PARTIES**
17                                        **[FRCP 41(A)(1)(ii)]**
    G6 HOSPITALITY, LLC a Limited
18  Liability Company; MOTEL 6
    OPERATING, L.P., a Limited            Judge: Hon. R. Gary Klausner
19  Partnership; and DOES 1 through 50,
20  inclusive,
                     Defendants.
21

22

23

24

25

26  ///

27  ///

28  ///

JS-6

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND IS HEREBY DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  February 19, 2021                    By: _____

                                             HON. R. GARY KLAUSNER
                                             UNITED STATES DISTRICT JUDGE

Case No. 2:19-cv-08216-RGK-PLA

Order of Dismissal Pursuant to the Stipulation of the Parties [FRCP 41(a)(1)(ii)]